# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

CHRISTOPHER BROWN,                )
                                  )
       Plaintiff,             )
                                  )
v.                                )       CV626-032
                                  )
JEFFREY BREWER, *et al.*,         )
                                  )
       Defendants.            )

## <u>ORDER</u>

*Pro se* plaintiff Christopher Brown has filed a Complaint alleging that he was attacked by another inmate at the Emanuel County Jail. *See generally* doc. 1. He moved to proceed *in forma pauperis*, doc. 3, and the Court recommended that his request be denied, doc. 4. He has now paid the required filing fee. *See* docket entry dated July 20, 2026. His application to proceed *in forma pauperis* is, therefore, **DISMISSED** as moot. Doc. 3. The Report and Recommendation is **VACATED**. Doc. 4.

Because Plaintiff is not proceeding *in forma pauperis*, he must serve Defendants, in compliance with the applicable provisions of the

Federal Rules of Civil Procedure.[1]  *See* Fed. R. Civ. P. 4.  Pursuant to Federal Rule 4(b), Plaintiff may present summonses to the Clerk of Court for signature and seal.  Additionally, this Court's Local Rule 4.1 provides that unless a waiver of service is to be utilized, plaintiffs must present a completed summons when filing a complaint.  Plaintiff has not presented or otherwise requested any summonses from the Court or indicated that he has asked, or intends to ask, any Defendant to waive service.  Within fourteen days of this Order, Plaintiff is **DIRECTED** to either present summonses to the Clerk or indicate that he intends to utilize the waiver of service provisions in Federal Rule 4(d).  Plaintiff is advised that failure to comply with this Order may result in a recommendation that his case be dismissed.  *See, e.g.,* Fed. R. Civ. P. 41(b).  Additionally, nothing in this Order extends the deadline for service set forth in Federal Rule of Civil Procedure 4(m).

    **SO ORDERED,** this 21st day of July, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]  The Federal Rules of Civil Procedure are available, in electronic format, on the United States Courts' website, at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.